September 24, 2004

Mr. Rance L. Craft
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. James C. Harrington
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741-3438
Mr. Douglas C. Young
Scanlan Buckle & Young, P.C.
602 West 11th Street
Austin, TX 78701-2099

Mr. James C. Harrington
Texas Civil Rights Project
1405 Montopolis Dr.
Austin, TX 78741-3438

RE: Case Number: 03-0041
 Court of Appeals Number: 03-00-00744-CV
 Trial Court Number: 98-05052

Style: TEXAS DEPARTMENT OF TRANSPORTATION, MICHAEL W. BEHRENS, ROBERT
 L. NICHOLS, JOHN W. JOHNSON AND RIC WILLIAMSON
 v.
 CITY OF SUNSET VALLEY, TERRANCE R. COWAN, AND DONALD HURWITZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |